Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT JACOB HOOPES, <br><br> Defendant. | No. 3:25-cr-00310-AN-1 <br><br> UNOPPOSED MOTION TO CONTINUE TRIAL |

Defendant Robert Hoopes, through his attorney Matthew McHenry, moves to continue the trial date, currently set for December 16, 2025, for approximately 60 days, or a date thereafter convenient to the Court and government. Mr. Hoopes, who is out of custody, understands that he has a right to a speedy trial, and understands the concept of excludable delay. Mr. Hoopes agrees to waive his speedy trial rights and consents to the excludable delay through the trial date which this Court sets.

This motion is based on the records of the case and the accompanying declaration of counsel. The government does not oppose this motion.

Respectfully Submitted this 9th day of December, 2025:

>/s/ *Matthew G. McHenry*
>Matthew G. McHenry
>Counsel for Robert Jacob Hoopes

`