Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1050 SW Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
email: matthew@levinemchenry.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) No. 3:25-cr-00310-AN-1 |
|---|---|
| Plaintiff, | ) DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL |
| vs. | ) |
| ROBERT JACOB HOOPES, | ) |
| Defendant. | ) |

DECLARATION OF MATTHEW MCHENRY

Matthew McHenry, as counsel for the defendant, does swear under penalty of perjury that the following is true:

1. I am the attorney of record for the defendant in the above-captioned case.

2. Mr. Hoopes is charged with one count of Aggravated Assault on a Federal Employee (Count 1) and Depredation of Federal Property (Count 2). He is out of custody under the supervision of United States Pretrial Services.

3. The parties are close to a resolution, but some additional time is necessary to work out the final details.

4. I have conferred with AUSA Gary Sussman regarding this motion. The government does not object.

5. I have conferred with my client and discussed this motion. I explained his speedy trial rights and the concepts of excludable delay. With respect to this motion and the time requested, Mr. Hoopes waives his speedy trial rights and consents to the excludable delay that will result with a continuance, up to the date which the Court sets for a new trial.

DATED: December 9, 2025.

                                              /s/ *Matthew McHenry*
                                              Matthew McHenry
                                              Attorney for Robert Jacob Hoopes